# EXHIBIT A

Case 1:07-cv-06783-AKH    Document 1-2    Filed 07/27/2007    Page 1 of 16



# EXHIBIT B

Case 1:07-cv-06783-AKH  Document 1-2  Filed 07/27/2007  Page 3 of 16



# POSTAL
## THE MOVIE

OSAMA TV

TRAILERS : PG OR R OR TRAILER 2

WATCH PREVIEW

PICTURES

UWE BOLL SAYS..

DEUTSCH

POSTALSHOP.EU

CHECK OUT THE **POSTAL** GAME HERE!
WWW.GOPOSTAL.COM



CHECK OUT
**NEW YORK POSTAL**
THE NEW STATE OF THE ART MAGAZINE !



IMPRINT

# POSTAL
## THE MOVIE

## Now is the time for the world to see "POSTAL" and here are my reasons why:

After the September 11th attacks, our world went through some dramatic changes. We have wars and terror in Afghanistan, Israel, Lebanon, Iraq and various states in Africa. The USA and Europe are scared to loose the leadership of the planet to China and India. Muslim fanatics and fundamentalists are gaining enough power to destroy our security and freedom.



The American and European people are heavily swayed by the mass media that is supporting the USA strategy of resolving these threats through war. We have quickly developed an innate self-censorship in order to survive this crazed and fragile state of existence. People are now afraid to speak their mind for fear of repercussions. If Bin Laden is a crazed fanatic, mass murderer, are we to assume that George Bush is a wonderful leader? If Moslems are perceived as terrorists, then are all Christians and Jews doing the right thing?
The world is in need of a film that is tougher in it's humorous mockery of the globe than "SOUTH PARK". The audience is ready to approach this type of satire with live actors rather than cartoons. "POSTAL" will not accept any form of censorship.

Our present political situation is intolerable. We have deranged religious fanatics on one hand and lobbyists from the oil and weapon industries on the other hand. Both sides are actively working at destroying the planet. This world is slowly dying due to global warming and pollution caused by man's corporate greed and stupidity. If intelligent people do not stop this madness, then our grandchildren will not experience life.

"POSTAL" will insult all cultures, religions, political groups and leaders. No one will be spared. The film is intended to provoke thought, laughter and open debate. Our world is out of balance and "POSTAL" will reflect just how fucked up we are.

I see myself as a member of the world community. I have no religious affiliation. Religion has often been a catalyst for the many crimes and wars throughout history. Religion allows people the opportunity to blame their actions on a higher source. We live in a world that is sensitive to people's religious beliefs. How ironic that non-religious groups fail to receive the same level of sensitivity from the establishment.

I agree with Salman Rushdie who said a few months ago in an interview something to the affect that we don't want to hurt your feelings because you are religious.... who thinks about the daily insults non-religious people are getting? How can the President of the United States think, that Adam and Eve were created by God, but Darwin is bullshit? How can they teach this in certain American states? This is an insult to everyone with an IQ over 100!

Apart from the firemen and rescuers of 911, how about the victims of the September 11th attacks that are now being labelled as heroes? I say that they were not heroes at all. They died in a terrorist attack. They were normal people and did nothing heroic but dying an unfortunate death.

Since September 11th, more than ONE MILLION AFRICANS, JEWS and ARABS have died in terrorist's attacks, civil wars and wars. Their lives and deaths were not featured by the mass media. Does this mean that their lives had less value than the life of a NY stockbroker dying in the World Trade Centre?

## It's time to wake up!
## May "POSTAL" shock, stir, offend and entertain you!

Uwe Boll

# EXHIBIT C



# NEW YORK POSTAL
### 24 HOURS A DAY

HOME | WHY THE HECK? | UWE SAYS | OSAMA SAYS | PROPAGANDA | PAGE SIX | FINAL SOLUTIONS | DR. TRUTH SAYS | GO POSTAL

Paradise Weather
69° SUNNY

75 Days -
14 H 27 M 19 Secs
'til Postal starts 9/13

**NEWS ALERTS**

EXCLUSIVE!
New Study examines Internet-Bashing
CHECK IT OUT!

ALL NEW!
Our Column:
"Chopped Statesmen"
CHECK IT OUT!



Advertisement:



**BOLL CONFESSES:**
# YES!
## MY MOVIES ARE FINANCED WITH NAZI-GOLD!

Uwe Boll finally did it!
On a press conference during the Festival in Cannes german filmmaker Uwe Boll said that all his movies were financed with nazi gold.

Get the Story »

EXCLUSIVE

INSIDE:
• Worldbank pay scandal
  Wolfowitz about mate Shaha Ali Riza:
  "Oh my God - she was worth every dime!"

TOP STORIES
1  2











New York Postal Online Edition Home

**ACHTUNG! SATIRE!**

MAIL US! | GET THE NEWSLETTER | GET THE MERCHANDISE | IMPRINT | CONTACT | HOME DELIVERY | www.postal-themovie.com | www.gopostal.com



HOME   WHY THE HECK?   UWE SAYS   OSAMA SAYS   PROPAGANDA   PAGE SIX   FINAL SOLUTIONS   DR. TRUTH SAYS   GO POSTAL

Paradise Weather
69 °SUNNY

75 Days -
13 H 03 M 57 Secs
'til Postal starts 9/13





NEWS ALERTS

EXCLUSIVE!
New Study examines
Internet-Bashing
CHECK IT OUT!

ALL NEW!
Our Column:
"Chopped Statesmen"
CHECK IT OUT!

# IMPRINT

POSTAL - THE MOVIE PRIVACY POLICY

This is the official privacy policy ("Privacy Policy") for POSTAL-THE MOVIE.com, the official website for POSTAL - THE MOVIE, a cable television ("POSTAL - THE MOVIE Channel") and Internet programming service ("POSTAL - THE MOVIE Site," "site," "we," "us," or "our"). The POSTAL - THE MOVIE Channel and this POSTAL - THE MOVIE Site are owned by Comedy Partners. This Privacy Policy governs only the personally identifiable information ("Personal Information") collected by this Site and does not cover any such information collected in any other manner or for any other purpose by the Parent Companies, corporate affiliates, or any other company, unless specifically stated.

Overview: This Privacy Policy is intended to explain our privacy practices and inform you as to:
• The kinds of Personal Information we collect from users of the Site and how that information is collected;
• How we use your Personal Information;
• The circumstances under which we disclose Personal Information to third parties;
• How you can access, update or delete any Personal Information collected about you by us; and
• The mechanisms we have implemented to protect your Personal Information.

This Site is offered and made available only to users 18 years of age or older who reside in the United States of America, its territories and possessions ("U.S"). If you are not yet 18 years old, or do not reside in the U.S., please discontinue using the Site immediately, or if, for any reason, you do not agree with this Privacy Policy, please do not participate in the features, activities and services that require you to provide your Personal Information. We reserve the right to revise this Privacy Policy at any time by updating this posting without advance notice to you. Such revisions shall be effective to you immediately upon posting. Notice of material changes to either document will be posted on the Site's homepage. However, we encourage you to check this Privacy Policy and Terms of Use Agreement often for updates. We may also e-mail you about these changes.

We are committed to protecting our users' privacy. Keeping the Personal Information you share with us on

New York Postal Online Edition Home



the Site secure and ensuring your understanding of how we collect, use, disclose and maintain your Personal Information is important to us. We maintain reasonable physical, electronic and procedural safeguards to protect your information and while no data transmission over the Internet is 100% secure from intrusion, we have used and will continue to use commercially reasonable efforts to ensure the protection of your Personal Information.

To all users of this Site, if you have other questions about this Privacy Policy, please contact our Privacy Administrator at info@ny-postal.com

BOLU - Filmproduktions- und Verleih GmbH
Schweinfurter Strasse 82
97493 Bergrheinfeld
Telefon: +49 97 21 / 5 41 15 - 0
Telefax: +49 97 21 / 5 41 15 - 11
Geschäftsführer: Dr. Uwe Boll

GENERAL PRIVACY INFORMATION

This Site is designed and targeted to U.S. audiences and is governed by and operated in accordance with the laws of the U.S. We make no representation that this Site is operated in accordance with the laws or governed by other nations. By your participation in our Site activities, you certify that you are at least 18 years of age and a resident of the U.S. If you are located in the European Union or elsewhere outside of the U.S. and you participate in activities on this Site contrary to our policy that only U.S. residents are eligible for certain activities, you do so at your own risk and initiative, and are responsible for compliance with any applicable local and national laws. Please be aware that any Personal Information you transfer to us will be transferred to the U.S and subject to U.S. law. By using this Site, participating in any Site activities, and/or providing us with your Personal Information, you consent to this transfer of Personal Information to the U.S., and waive any claims that may arise under your own local and national laws. All users of the Site are required to provide true, current, complete and accurate Personal Information when prompted and we will reject and delete any entry that we believe in good faith to be false, fraudulent, or inconsistent with this Privacy Policy.

Your continued participation on this Site indicates your acceptance of this Privacy Policy and of the collection, use, disclosure, management and storage of your Personal Information as described below. We may from time to time, transfer or merge any Personal Information collected off-line to our online databases or store off-line information in an electronic format. We may also combine Personal Information we collect online with information available from other sources, including information received from our corporate affiliates, marketing companies, or advertisers, promotional partners, and sponsors (collectively, "Advertisers"). This Privacy Policy covers all such Personal Information and will remain in full force and effect as long as you are a user of the Site or a participant in our features and activities.

Collection and Use of Personal Information: When we use the term "Personal Information" we mean information such as your first/middle initial or name and last name, street address, town or city, state, zip code, telephone number, instant-messenger nickname, blog or other personal website URL, date of birth, e-mail address and any other information that would allow someone to identify you or contact you.

Personal Information also includes information about your personal preferences, survey responses and your transactions or relationship with us, if you have been a customer or you have provided this type of information. For example, if you order any of our various merchandise or goods ("Products"), in addition to your name and contact information, we will also collect and maintain your billing address, shipping address, Product selections, your credit card or other payment instrument information, your order number, and information about your computer's Internet address and web site which may have referred or directed you to the Site (e.g., the referring URL). Your credit card or debit card number is classified as Sensitive Personal Information and is collected via a secure transmission.

We collect Personal Information about you when you visit the Site and input information, whether you are registering to use the Site, enrolling or signing up for features and functions, participating in promotions, ordering or purchasing Products or in the course of any other exchanges of information, transactions and activities. We may use the information we obtain from you, including Personal Information, to tailor your experience on the Site, to display content we think may be of interest to you, or to let us customize what you see when you visit the Site according to your preferences.

It is your responsibility to give us current, complete, truthful, and accurate information and to keep the Personal Information that you provide us up to date. We cannot and will not be responsible for any problems or liability that may arise if you do not give us accurate, truthful or complete information or you fail to update the information you give us.

You are solely responsible for maintaining the strict confidentiality of your user name and password and for any changes, costs, expenses, damages, liabilities and losses we incur or may suffer as a result of your failure to do so. You, and not us, are solely responsible and liable for your activity, behavior, use and conduct on the Site and for any use of the Site or any other activity or conduct in connection with the Site, by any others who use your user name or password, unless and until you notify us that your user name or password may have been compromised, misappropriated or improperly taken, or used by another party. Bear in mind that when you submit information to us, it does not guarantee that we will permit you to use any or all of the features of functions of the Site.

a. Collection of Personal Information During Registration. To register as member of POSTAL-THE MOVIE.com, you are required to select a user name and password, plus email address, gender, date of birth and zip code. Additional Personal Information requested during the registration process (but not required) may include, but is not limited to, first and last name, cable/satellite provider, ethnic information, and annual income. We will allow you to change your password, as well as any Personal Information or Sensitive Personal Information you have given us in order to keep this information current. Among other things, this information helps us securely identify you as a registered or permitted user of those features and functions. Certain Personal Information, such as your user name and date of birth, cannot be changed.

All member benefits are free. You will also have an option to subscribe to a selection of free email newsletters by opting-in on the registration page. If you are a registered user, you acknowledge, understand and hereby agree that you are giving us your consent to track activities and your use of the Site and its functions and features, in connection with your registration. You also agree to this Privacy

Policy and our Terms of Use.

b. Collection of Personal Information During Registration or In Connection with Certain Features and Functions. During registration (and possibly at certain other times to enable your use of other features or functions or for security purposes), you will be required to provide us with certain information about you in order for us to allow you to use the features and functions of the Site, including chat rooms, message boards, electronic mall services, messaging services, auctions, shopping, registration and member profile pages.

1. If you wish to participate in the chat features offered on this Site, you will be asked to create a nickname or pseudonym and password to be used when logging into the chat room as well as for your first and last name, e-mail address, gender, certification of age 18+, and zip code. Providing your real name is required and omitting this information in the registration form will not allow you to access the chat features. Your real name will not be disclosed to third parties, except for the circumstances detailed below in section (d). If you choose to post your real name, you acknowledge, understand and agree that we assume no responsibility for the collection, use or misuse of your name which would be publicly accessible information to other visitors to the POSTAL - THE MOVIE Site.

2. The POSTAL - THE MOVIE Site maintains public message boards. Posting to these message boards requires you to register and provide your first and last name, e-mail address, gender, certification of age 18+, and zip code. Providing your real name is required and omitting this information in the registration form will not allow you to access the message board features. Your real name will not be disclosed to third parties, except for the circumstances detailed in the "Disclosure to Third Parties" section below.

3. When posting to these message boards, we encourage you to do so under a nickname or pseudonym. If you choose to post your real name, you acknowledge, understand and agree that we assume no responsibility for the collection, use or misuse of your name which would be publicly accessible information to other visitors to the POSTAL - THE MOVIE Site.

4. The POSTAL - THE MOVIE Site has a newsletter distributed via e-mail. If you choose to subscribe to this feature, you must provide a valid e-mail address. Your e-mail address will be used for the distribution of the newsletter and any promotions or marketing that we feel may be of interest to you and will not be divulged to any third party, with the exceptions as detailed below. To unsubscribe from our newsletter, please review our help section on newsletters.

5. Occasionally, we will request you to fill out a user survey. Such surveys are voluntary, but we hope that you will participate. User participation in surveys allows us to better understand the demographics and interests of our users. Your responses in combination with the responses of our other users help us to improve the POSTAL - THE MOVIE Site and attract the valued sponsors and advertisers that help us bring you the features and activities you enjoy. If and when we choose to share user information collected from surveys, we will do so only in aggregate form such that a third party will not be able to identify any individual user.

6. The Site has a newsletter distributed via e-mail. If you choose to subscribe to this feature, you must provide a valid e-mail address. Your e-mail address will be used for the distribution of the newsletter and any promotions or marketing that we feel may be of interest to you and will not be divulged to any third party, with the exceptions as detailed below in the Section titled "Disclosure to Third Parties." To unsubscribe from our newsletter(s), please review our help section on newsletters.

7. The Site collects the following Personal Information from interested persons that wish to submit questions to air on the "Too Late with Adam Carolla" late-night television show: first/last name, date of birth, telephone number, city, state, and an email address. Users are also asked to select a "Topic" and submit their question or comment. The producers of the program will contact a person whose question is under consideration for airing on the cable television show by telephone to verify the identity of the person submitting the question and get background information. Only persons who are 18 years of age or older are eligible to participate on the cable television show and any person that we or a producer believes is underage will be terminated from any participation in this feature.

c. Collection of Personal Information In Connection with Contests and Sweepstakes. Membership in POSTAL-THE MOVIE.com is not always required to enter contests and sweepstakes. There may be a separate registration process which will require the submission of your first and last name, street address, city, state and zip code, email address, telephone number and age or date of birth. Additional Personal Information may be requested depending on the specific contest or sweepstakes, but submission of such Information may be optional. The contest or sweepstakes entry page will provide the specific requirements. If you are identified as a winner, we will also request your Social Security Number for IRS reporting purposes if your prize is valued at $600.00 or more (U.S. dollars). We may disclose your Personal Information (except for SSN) collected from contests and sweepstakes entrants with Advertisers in connection with certain online contests and sweepstakes. In each such case, we will notify potential entrants when Personal Information will be supplied to a third party, and the identity of such third party, at the time entrant Information is collected. You will have the opportunity to opt-in to special promotions or offers from our generous Advertisers.

e. Use of Personal Information In Connection with Promotions and Offers; Opt Out Procedures. We may contact website users that have registered or participated in various events by email or text messaging to promote the POSTAL - THE MOVIE Channel, this Site, or send offers for the purchase of goods or services that may be of interest to users of this Site. You may "opt out" of receiving marketing and promotional e-mails or text messages from us by using the opt-out mechanism that is contained in an email. However, we will continue to contact you via email for administrative or informational purposes, including follow-up messages regarding the administration of your account, contests you have entered or other transactions you have undertaken.

In the event that POSTAL - THE MOVIE unknowingly sends an email or text message to a child (a person under the age of 18 years) who has registered on the Site in violation of the Site's Terms of Use Agreement, the child or the child's parent or legal guardian always have the right to unsubscribe from receiving future emails or text messages via the unsubscribe (opt-out) mechanism contained in the email or message, or to request termination of the child's registration on the Site. The same is true for the parent legal guardian of a minor (a person under the age of 18 years old). Click on "Delete My Account" listed under "Change Preferences" in the left hand nav.

f. Sharing of Aggregate Information with Third Parties. Some of the aggregate customer data we collect may be shared with Advertisers, multiple system cable operators and other business partners of the POSTAL - THE MOVIE, but we do not give any Personal Information to them as part of the relationship except as described in this Privacy Policy. Use of their tracking technology is subject to their own privacy policies.

Cookies and Similar Technology: We use 'cookie' technology to collect data regarding your visits to the Site. This data is stored in aggregate form and is not used to identify any particular user or individual. We use cookies and similar tracking technologies in a variety of ways, including:
• Keeping count of your return visits to the Site or our Advertisers' or partners' sites;
• Accumulating and reporting aggregate, statistical information in connection with the Site;
• Determining which features users like best; and
• Saving your user name, your password or other information so you don't have to re- enter it each time you visit the Site.

Although we may track the numbers of visitors to inform us on how best to update the Site and enhance the experience for all visitors, Personal Information is not extracted in this process. We use tracking information on an aggregated basis to help us operate the Site, enhance and improve our service, improve the look of the Site and display advertising and marketing information. You can choose to have your computer warn you each time a cookie or image tag is being sent, or you can choose to turn off all such

devices. This is done through your browser. If you turn cookies off, you may not have access to many features at the Site that make your Internet experience more efficient and enjoyable - like the features mentioned above - and some of our other services will not function properly.

This Site may contain advertisements, references and links to other web sites and organizations. We may also use third parties to display or serve advertising on the Site and our web-based newsletters. Often these third party Advertisers employ cookie and web bug technologies to measure advertising effectiveness. You should be aware that different rules might apply to the collection, use or disclosure of your information by third parties in connection with their advertisements, promotions and other web sites you encounter on the Internet. The use of such technology by these third parties is within their control and not ours. Even if we have a relationship with the third party, we do not control those sites or their policies and practices regarding your information. This Privacy Policy does not cover any use of Personal Information or Sensitive Personal Information that a third party Advertiser or ad server may collect from you. We encourage you to investigate and ask questions directly of them in this regard.

Postings: We respect the privacy of the contents of users' e-mail and other correspondence (collectively, "Postings"). However, we reserve the right to monitor, edit, and disclose your use of the Site, information pertaining to any Posting or its contents to a third party, if we believe such action is required by law or is necessary to protect and defend our rights, to enforce this Privacy Policy or our Terms of Use Agreement, or to protect the interests of our users, Advertisers, suppliers, operational service providers, and others.

Disclosure to Third Parties: We do not sell, rent, lease or disclose your Personal Information to unaffiliated entities or entities that are not our Advertisers, except in the limited circumstances listed below. When we plan to disclose your Personal Information to Advertisers, we ask for your consent ("Opt in") to do so, in which case their use of your information is subject to the Advertisers' own privacy policies.

We will make your Personal Information and Sensitive Personal Information available to non-affiliated third parties only in the following limited circumstances:
• When we are compelled to do so by a governmental agency, court or other entity (e.g., to respond to subpoenas, court orders or legal process);
• If we believe your actions violate any law, regulation, our Terms of Use Agreement, Additional Terms, Rules, this Privacy Policy, or any of our guidelines for promotions, Product offerings or any other features or functions of the POSTAL - THE MOVIE Site, or if you threaten the rights, property or safety of the Site, our Parent Companies, operational service providers, suppliers, Advertisers, other customers or users, or any other party;
• If, in our sole discretion, we believe such disclosure to be necessary or appropriate to investigate or resolve possible problems or inquiries, to protect our business and assets, to defend our interests and/or to comply with our legal and regulatory obligations; or
• In the event of a bankruptcy, merger, acquisition, transfer of control, joint venture or other business combination involving us, or our Parent Companies.
Sole Statement: This document is the sole statement of POSTAL-THE MOVIE.com's Privacy Policy with respect to this Site, and no summary, restatement or other version thereof, or other privacy statement or policy, in any form, including, without limitation, machine-generated, is valid.

