# EXHIBIT D



# O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING | Times Square Tower | NEWPORT BEACH |
| BRUSSELS | 7 Times Square | SAN FRANCISCO |
| CENTURY CITY | New York, New York 10036 | SHANGHAI |
| HONG KONG | TELEPHONE (212) 326-2000 | SILICON VALLEY |
| LONDON | FACSIMILE (212) 326-2061 | TOKYO |
| LOS ANGELES | www.omm.com | WASHINGTON, D.C. |

July 11, 2007

OUR FILE NUMBER
621,604-001

**VIA E-MAIL AND COURIER**

WRITER'S DIRECT DIAL
(212) 326-2170

Mr. Ischariot Pasadelskji
Taunustrasse 63
Weisbaden 65183 Germany
ischariot.pasadelskji@googlemail.com
info@ny-postal.com

Mr. Eduard Mehrtens
EVANZO e-commerce GmbH
Kirchstr. 541/ PF 520
Helgoland 27496  Germany
info@evanzo.net
info@ny-postal.com

WRITER'S E-MAIL ADDRESS
cray@omm.com

Mr. Uwe Boll
BOLL KG
Schweinfurter Strasse 82
97493 Bergrheinfeld
GERMANY
info@boll-kg.de

Re:    *Infringement of NYP Holdings, Inc.'s Intellectual Property*

Dear Gentlemen:

We write on behalf of NYP Holdings, Inc. ("NYP Holdings"), the publisher of the *New York Post* newspaper (the "*Post*"), concerning your unauthorized use of NYP Holdings' intellectual property in connection with your <ny-postal.com> domain name and website, which appears to be used to promote the upcoming film "Postal" (the "NY-Postal Site").

As you are likely aware, the *Post* is the oldest, continuously published daily newspaper in the United States, having been first published by Alexander Hamilton in 1801. Today, the *Post* is sold in many states in the United States, both at newsstands and by subscription. The *Post*'s website, www.nypost.com (the "*Post* Site"), is one of the largest newspaper websites in the United States with more than 68 million page views per month. The *Post* Site is accessed by users in many countries throughout the world.

In addition to owning the copyright in and to the *Post* and the *Post* Site, NYP Holdings owns a number of United States registered trademarks, including NEW YORK POST (U.S. Reg. No.

O'MELVENY & MYERS LLP

Ischariot Pasadelskji, Eduard Mehrtens, Uwe Boll, July 11, 2007 - Page 2

1526818), NYPOST.COM (U.S. Reg. No. 2,624,102), and PAGE SIX (U.S. Reg. No. 1678509) (the "*Post* Trademarks"). In addition, it owns various domain names incorporating the *Post* Trademarks, including <nypost.com> and <pagesix.com>. NYP Holdings also owns trade dress rights in the overall design, graphics, layout and "look and feel" of the print version of the *Post* and the *Post* Site, which was designed to resemble the front page of the *Post*. The many distinctive elements of the *Post* Site include: a navigation bar which resembles a torn piece of paper, reinforcing the "paper" concept of the *Post* Site; emphasis and distinctive use of the colors red, white and black; and use of several *Post* Trademarks, including NEW YORK POST and PAGE SIX. The *Post*, the *Post* Site and the *Post* Trademarks are famous in New York and throughout the United States, and are well-known in many other countries.

It is clear from even the most cursory comparison between the *Post* Site and the NY-Postal Site that the NY-Postal Site infringes NYP Holdings' trademarks, trade dress and copyrights. *First*, the NY-Postal Site uses, without authorization, marks confusingly similar to the *Post* Trademarks, including the NEW YORK POST logo (which has been altered so that it reads NEW YORK POSTAL) and the PAGE SIX trademark. *Second*, the overall design, graphics, layout and "look and feel" of the NY-Postal Website are confusingly similar to the distinctive and non-functional trade dress of the *Post* Site. *Third*, the NY-Postal Site infringes NYP Holdings' copyright in an article that appeared in the April 15, 2007 edition of the *Post*. *Finally*, the registration and use of www.ny-postal.com, a domain name that incorporates the NY POST trademark, constitutes cybersquatting. In sum, the NY-Postal Site is manifestly and transparently designed to confuse consumers and trade off of the *Post's* success and good will, and infringes NYP Holdings' valuable intellectual property rights.

We would like to quickly and amicably resolve these issues, and therefore request that by the end of business on July 25, 2007, you:

1. Redesign your website so that it no longer resembles the *Post* Site or uses NYP Holdings' trademarks. It would be very easy to create some form of fictitious newspaper that should serve your purpose without looking like there is a tie in to or endorsement by the *Post* and without infringing on NYP Holdings' rights;
2. Initiate the necessary steps to transfer the www.ny-postal.com domain to NYP Holdings; and
3. Provide written confirmation that you have complied with these requests and that you will not make any further unauthorized use of NYP Holdings' trademarks, trade dress, copyrights and other intellectual property.

To be clear, NYP Holdings is not requesting that you discontinue use of the "Postal" name in connection with a website. It is simply requesting that you not infringe NYP Holdings' intellectual property rights.

Please contact me by July 25 to let us know whether you agree to these requests. If you do not comply with these requests or we do not hear from you by the stated deadline, we will consider all possible remedies to protect NYP Holdings' interests.

O'MELVENY & MYERS LLP

Ischariot Pasadelskji, Eduard Mehrtens, Uwe Boll, July 11, 2007 - Page 3

We look forward to hearing from you and thank you in advance for your anticipated cooperation.

This letter is not a complete statement of the rights of NYP Holdings in connection with this matter, or of its potential claims against you, and nothing contained herein is intended, nor should be construed as an express or implied waiver of any rights, remedies, or defenses and/or contentions of fact of NYP Holdings, Inc., d/b/a, the New York Post, and/or any related entities, all of which are hereby expressly reserved.

Sincerely,

Claudia E. Ray
of O'MELVENY & MYERS LLP

cc:   Dale Cendali, Esq., O'Melveny & Myers LLP

# EXHIBIT E



HOME | WHY THE HECK? | UWE SAYS | OSAMA SAYS | PROPAGANDA | PAGE SIX | FINAL SOLUTIONS | DR. TRUTH SAYS | GO POSTAL



**SCANDAL!**
**BRAZEN PIRACY!**
**POST COPIES POSTAL!**

The oldest continuously published daily newspaper in the US, sold in almost every state of the US, relaunched its website in the style of NEW YORK POSTAL. Boll considers taking legal actions. Boll says: "The resemblance is definite!"

TOP STORIES 1 2 3

INSIDE: Special recipe! Mix up german sausages with Anthrax & get a special edition of a WMD! Delicious!

Get the Story →

**NEWS ALERTS**

EXCLUSIVE!
New Study examines Internet-Bashing
CHECK IT OUT!

ALL NEW!
Our Column:
"Chopped Statesmen"
CHECK IT OUT!

Advertisement:



**Politics**
**F.U.P**
THE FUCK U PARTY
CANDIDATE WELLS
OUR FUTURE?
Says: "George W Bush is a weapon of mass destruction"
MORE



**Page Six**
**TALIBAN GO POSTAL**
Members of the Taliban holy warriors/Unit Paradise West gave a warm helo during their visit on the set of Uwe Boll's upcoming movie POSTA...
- "WE HAD OUR 1ST HOT COFFEE SINCE OPERATION ENDURING FREEDOM IN 2001!"
- BOLL: "THEY GOT A ROLE WITHIN MINUTES!"



One film has united the critics...

**Postal Pics**

    

THE FUCK U PARTY
BEND OVER & VOTE

**PULSE**

HAUTE LIST
By Ischariot Passadelskji

FASHION
GUNS
CHICKS
PRICKS
DRUGS
PARADISE NEWS



Jackie Tohn, known for her leading role in the upcoming Uwe Boll Movie POSTAL signed for L'Oreal as leading model for the 2007 autumn collection.

**ALL CLASSIFIEDS**
CHICKS  PRICKS  WMD
New WMD's
Used WMD's



IT'S TRUE! WE PROMISE
"NO DISABLED PEOPLE WERE HARMED IN POSTAL!"

**ACHTUNG! SATIRE!**

MAIL US! | GET THE NEWSLETTER | GET THE MERCHANDISE | IMPRINT | CONTACT | HOME DELIVERY | www.postal-themovie.com | www.gopostal.com

 Paradise Weather 59° SUNNY

 NEW YORK POSTAL — The Original — 24 HOURS A DAY

79 Days – 08 H 19 M 49 Secs 'til Postal starts 9/13

HOME | WHY THE HECK? | UWE SAYS | OSAMA SAYS | PROPAGANDA | PAGE SIX | FINAL SOLUTIONS | DR. TRUTH SAYS | GO POSTAL

## 'MOCKUMENTARY' DIRECTOR BARES TOWERING INSULT

By JILL CULORA

April 15, 2007 -- A film expected to hit theaters in the fall shows an airliner crashing into a World Trade Center-like tower in a horrific scene right out of New Yorkers' nightmares.

The film, "Postal," would be the first mass-marketed film to mock the tragedy of 9/11.

U.S. distributor Freestyle Releasing has confirmed it's negotiating the national cinema release of the film, which is currently unrated.

Based on the ultra-violent video game of the same name, a trailer featuring the plane crash is already on YouTube.com, and critics are fuming.

"How can you parody an act of mass murder?" fumed Debra Burlingame, whose brother Charles was the pilot of American Airlines Flight 77, which was hijacked and crashed into the Pentagon on 9/11.

"Eleven-hundred families got no scrap of remains. Does that mean nothing to him? Is there any line this man wouldn't cross?"

Pariah German film director Uwe Boll, who revels in his crass reputation in the industry, is unapologetic.

"It's harsh, but in the context of the movie it definitely makes sense," Boll says of the scene showing a plane heading straight for what appears to be a World Trade Center tower.

Featuring David Foley of "NewsRadio" and Seymour Cassel of "Rushmore," the film follows a few days in the life of an average Joe whose downward spiral causes him to "go postal" and embark on a violent rampage.

The pair set off to rob a Nazi-themed amusement park, only to learn the Taliban are planning the same heist. Chaos ensues, and the duo take on not only the terrorists, but political figures as well.

Boll, who also directed "BloodRayne," "House of the Dead" and "Alone in the Dark," described the $20 million film as a spoof of modern-day taboos, and declared it the harshest satire about politics since 9/11.

"It's a sad commentary on how little time it took to get from the universal condemnation of a terrorist attack on innocent people to a filmmaker's attack on the memory of innocent people in the form of a parody," Burlingame said.

Charles Wolf, whose wife Katherine's remains were never recovered after she died in the trade center, said the plane scene turned his stomach.

"The distributors of this film have a social obligation to warn people about the scenes," he said. "My wife was in the path of that plane. I think it sucks. But I'm not going to be a hypocrite and say we should ban the movie, because this is what [the U.S.] is fighting for - we're fighting for our freedom."

Cinematic.com is calling the 9/11 scene a "low-rent shock-value ploy."

But Boll said the 9/11 crash clip was being viewed out of context, and the makers of the film discussed it at length before including it in the final cut.

"We did it to show the unbelievable stupidity of suicide bombers," he said.

"Postal" is slated to screen in Germany on Sept. 27, and could be shown in Canada even before that. Produced by the Boll KG studio, "Postal" was filmed in Vancouver last September and October.



PLANE WRONG: Director Uwe Boll has made a film that depicts a jet smashing into a skyscraper, and those who lost loved ones in the World Trade Center are incensed.

### NEWS ALERTS

EXCLUSIVE! New Study examines Internet-Bashing **CHECK IT OUT!**

ALL NEW! Our Column: "Chopped Statesmen" **CHECK IT OUT!**



### Postal Pics

    

**PULSE**

HAUTE LIST
By Ischariot Passadeistji

FASHION
GUNS
CHICKS
PRICKS
DRUGS
PARADISE NEWS



Jackie Tohn, known for her leading role in the upcoming Uwe Boll Movie POSTAL signed for L'Oreal as leading model for the 2007 autumn collection.

**ALL CLASSIFIEDS**



CHICKS  PRICKS  WMD

New WMD's
Model

Used WMD's
Model

ACHTUNG! SATIRE!



IT'S TRUE! WE PROMISE

 

Paradise Weather
59° SUNNY

24 HOURS A DAY

79 Days –
08 H 23 M 20 Secs
'til Postal starts 9/13

**HOME** | **WHY THE HECK?** | **UWE SAYS** | **OSAMA SAYS** | **PROPAGANDA** | **PAGE SIX** | **FINAL SOLUTIONS** | **DR. TRUTH SAYS** | **GO POSTAL**

## VOTE FOR THE RADICAL REVISIONISM PARTY IN 2008! VOTE FOR THE FUCK-YOU-PARTY!

The world's largest and leading provider of child pornography is located in the Pentagon's basement.

The "Big Three" networks are all owned and operated by a right-wing church in Atlanta. One of ten people in America is on the CIA payroll! How could these things happen in our freedom-loving country, you ask?

**Because our country is a nation of sheep!**



All 3,000 victims of the World Trade Center attack **were not heroes.**

**They were bankers!** People who would let nothing stand in the way of making a quick buck!

Why are these people heroes?

Because they died? Because they were Americans?

I have the details on every single victim that day...
**proving that each and every one of them deserved to die!**

**Victim number one:** Russell T. Khone. Insider trading of over three million dollars.
**Victim number two:** Linda Monteal. Cheated on her husband at their tenth anniversary party.
**Victim number three**... doesn't matter ... You should hear what victim number 809 did!

**Nevertheless: Give me your Vote!**

A fucked up government for a fucked up country!

Together as one country and one community we'll go our way. And one day we'll say with proud in our souls and confidence in our hearts:

## MISSION ACCOMPLISHED!

Paid for by Candidate Wells for Paradise

### NEWS ALERTS



**EXCLUSIVE!**
New Study examines Internet-Bashing
**CHECK IT OUT!**

**ALL NEW!**
Our Column:
"Chopped Statesmen"
**CHECK IT OUT!**



---

**Postal Pics**     

---



### HAUTE LIST
By Ischariot Passedelskji

FASHION
GUNS
CHICKS
PRICKS
DRUGS
PARADISE NEWS

Jackie Tohn, known for her leading role in the upcoming Uwe Boll Movie POSTAL signed for L'Oreal as leading model for the 2007 autumn collection.



**ALL CLASSIFIEDS**
CHICKS | PRICKS | WMD
**New WMD's**
Model
**Used WMD's**
Model





**IT'S TRUE! WE PROMISE** ...NOT

"NO DISABLED PEOPLE WERE HARMED IN POSTAL!"

---

**ACHTUNG! SATIRE!**

MAIL US! | GET THE NEWSLETTER | GET THE MERCHANDISE | IMPRINT | CONTACT | HOME DELIVERY | www.postal-themovie.com | www.gopostal.com

New York Postal Online Edition Home    1 of 1    http://ny-postal.com/final_solutions.htm

# EXHIBIT F





 Paradise Weather 59°SUNNY

 NEW YORK POSTAL — The Original — 24 HOURS A DAY

78 Days - 07 H 10 M 58 Secs 'til Postal starts 10/04

HOME | WHY THE HECK? | UWE SAYS | OSAMA SAYS | PROPAGANDA | PAGE SIX | FINAL SOLUTIONS | DR. TRUTH SAYS | GO POSTAL

## 'MOCKUMENTARY' DIRECTOR BARES TOWERING INSULT

**By JILL CULORA**

April 15, 2007 -- A film expected to hit theaters in the fall shows an airliner crashing into a World Trade Center-like tower in a horrific scene right out of New Yorkers' nightmares.

The film, "Postal," would be the first mass-marketed film to mock the tragedy of 9/11.

U.S. distributor Freestyle Releasing has confirmed it's negotiating the national cinema release of the film, which is currently unrated.

Based on the ultra-violent video game of the same name, a trailer featuring the plane crash is already on YouTube.com, and critics are fuming.

"How can you parody an act of mass murder?" fumed Debra Burlingame, whose brother Charles was the pilot of American Airlines Flight 77, which was hijacked and crashed into the Pentagon on 9/11.

"Eleven-hundred families got no scrap of remains. Does that mean nothing to him? Is there any line this man wouldn't cross?"

Pariah German film director Uwe Boll, who revels in his crass reputation in the industry, is unapologetic.

"It's harsh, but in the context of the movie it definitely makes sense," Boll says of the scene showing a plane heading straight for what appears to be a World Trade Center tower.



PLANE WRONG: Director Uwe Boll has made a film that depicts a jet smashing into a skyscraper, and those who lost loved ones in the World Trade Center are incensed.

Featuring David Foley of "NewsRadio" and Seymour Cassel of "Rushmore," the film follows a few days in the life of an average Joe whose downward spiral causes him to "go postal" and embark on a violent rampage.

The pair set off to rob a Nazi-themed amusement park, only to learn the Taliban are planning the same heist. Chaos ensues, and the duo take on not only the terrorists, but political figures as well.

Boll, who also directed "BloodRayne," "House of the Dead" and "Alone in the Dark," described the $20 million film as a spoof of modern-day taboos, and declared it the harshest satire about politics since 9/11.

"It's a sad commentary on how little time it took to get from the universal condemnation of a terrorist attack on innocent people to a filmmaker's attack on the memory of innocent people in the form of a parody," Burlingame said.

Charles Wolf, whose wife Katherine's remains were never recovered after she died in the trade center, said the plane scene turned his stomach.

"The distributors of this film have a social obligation to warn people about the scenes," he said. "My wife was in the path of that plane. I think it sucks. But I'm not going to be a hypocrite and say we should ban the movie, because this is what [the U.S.] is fighting for - we're fighting for our freedom."

Cinematic.com is calling the 9/11 scene a "low-rent shock-value ploy."

But Boll said the 9/11 crash clip was being viewed out of context, and the makers of the film discussed it at length before including it in the final cut.

"We did it to show the unbelievable stupidity of suicide bombers," he said.

"Postal" is slated to screen in Germany on Sept. 27, and could be shown in Canada even before that. Produced by the Boll KG studio, "Postal" was filmed in Vancouver last September and October.



**NEWS ALERTS**

EXCLUSIVE! New Study examines Internet-Bashing
CHECK IT OUT!

ALL NEW! Our Column: "Chopped Statesmen"
CHECK IT OUT!



"Boll is the best director alive. We are all in his shadow"
- Steven Spielberg

### Postal Pics

    

THE FUCK U PARTY

**PULSE** — HAUTE LIST
By Ischariot Pessedelskji

FASHION
GUNS
CHICKS
PRICKS
DRUGS
PARADISE NEWS



Jackie Tohn, known for her leading role in the upcoming Uwe Boll Movie POSTAL signed for L'Oreal as leading model for the 2007 autumn collection

**ALL CLASSIFIEDS**



CHICKS | PRICKS | WMD | GUNS
New WMD's — Model — SUBMIT
Used WMD's — Model — SUBMIT



IT'S TRUE! WE PROMISE

POSTAL!

**ACHTUNG! SATIRE!**

MAIL US! | GET THE NEWSLETTER | GET THE MERCHANDISE | IMPRINT | CONTACT | HOME DELIVERY | www.postal-themovie.com | www.gopostal.com



# NEW YORK POSTAL
### The Original
#### 24 HOURS A DAY

Paradise Weather 59° SUNNY

70 Days - 13 H 51 M 03 Secs 'til Postal starts 10/04

HOME | WHY THE HECK? | UWE SAYS | OSAMA SAYS | PROPAGANDA | PAGE SIX | FINAL SOLUTIONS | DR. TRUTH SAYS | GO POSTAL

## SCANDAL!
# BRAZEN PIRACY!
## POST COPIES POSTAL!

TOP STORIES 1 2 3

The oldest continuously published daily newspaper in the US, sold in almost every state of the US, relaunched its website in the style of NEW YORK POSTAL! Boll considers taking legal actions. Boll says: "The resemblance is definite!"

**INSIDE**
- Special recipe! Mix up German sausages with Anthrax & get a special edition of a WMD! Delicious!

Get the Story →

### NEWS ALERTS

**EXCLUSIVE!** New Study examines Internet-Bashing
CHECK IT OUT!

**ALL NEW!** Our Column: "Chopped Statesmen"
CHECK IT OUT!



Advertisement:



## Politics
# F.U.P.
### THE FUCK U PARTY
## CANDIDATE WELLS
## OUR FUTURE?
Says: "George W. Bush is a weapon of mass destruction!"
MORE



## Page Six
## TALIBAN GO POSTAL
Members of the Taliban holy warriors Unit Paradise West gave a warm hello during their visit on the set of Uwe Boll's upcoming movie POSTAL.

- "WE HAD OUR 1ST HOT COFFEE SINCE OPERATION ENDURING FREEDOM IN 2001!"
- BOLL: "THEY GOT A ROLE WITHIN MINUTES!"





POSTAL

## Postal Pics

   

THE FUCK U PARTY — BEND OVER & VOTE

### PULSE
FASHION
GUNS
CHICKS
PRICKS
DRUGS
PARADISE NEWS

**HAUTE LIST**
By Ischariot Passadelskji

Jackie Tohn, known for her leading role in the upcoming Uwe Boll Movie POSTAL signed for L'Oreal as leading model for the 2007 autumn collection.



**ALL CLASSIFIEDS**
CHICKS | PRICKS | WMD | GUNS

New WMD's
[----------] SUBMIT

Used WMD's
[----------] SUBMIT





IT'S TRUE! WE PROMISE NOT
"NO DISABLED PEOPLE WERE HARMED IN POSTAL!"

**ACHTUNG! SATIRE!**

MAIL US! | GET THE NEWSLETTER | GET THE MERCHANDISE | IMPRINT | CONTACT | HOME DELIVERY | www.postal-themovie.com | www.gopostal.com

# NEW YORK POSTAL

**The Original** — 24 HOURS A DAY

Paradise Weather 59° SUNNY

71 Days - 07 H 31 M 50 Secs 'til Postal starts 10/04

HOME | WHY THE HECK? | UWE SAYS | OSAMA SAYS | PROPAGANDA | PAGE SIX | FINAL SOLUTIONS | DR. TRUTH SAYS | GO POSTAL

## 'MOCKUMENTARY' DIRECTOR BARES TOWERING INSULT

By JILL CULORA

April 15, 2007 -- A film expected to hit theaters in the fall shows an airliner crashing into a World Trade Center-like tower in a horrific scene right out of New Yorkers' nightmares.

The film, "Postal," would be the first mass-marketed film to mock the tragedy of 9/11.

U.S. distributor Freestyle Releasing has confirmed it's negotiating the national cinema release of the film, which is currently unrated.

Based on the ultra-violent video game of the same name, a trailer featuring the plane crash is already on YouTube.com, and critics are fuming.

"How can you parody an act of mass murder?" fumed Debra Burlingame, whose brother Charles was the pilot of American Airlines Flight 77, which was hijacked and crashed into the Pentagon on 9/11.

"Eleven-hundred families got no scrap of remains. Does that mean nothing to him? Is there any line this man wouldn't cross?"

Pariah German film director Uwe Boll, who revels in his crass reputation in the industry, is unapologetic.

"It's harsh, but in the context of the movie it definitely makes sense," Boll says of the scene showing a plane heading straight for what appears to be a World Trade Center tower.



PLANE WRONG: Director Uwe Boll has made a film that depicts a jet smashing into a skyscraper, and those who lost loved ones in the World Trade Center are incensed.

Featuring David Foley of "NewsRadio" and Seymour Cassel of "Rushmore," the film follows a few days in the life of an average Joe whose downward spiral causes him to "go postal" and embark on a violent rampage.

The pair set off to rob a Nazi-themed amusement park, only to learn the Taliban are planning the same heist. Chaos ensues, and the duo take on not only the terrorists, but political figures as well.

Boll, who also directed "BloodRayne," "House of the Dead" and "Alone in the Dark," described the $20 million film as a spoof of modern-day taboos, and declared it the harshest satire about politics since 9/11.

"It's a sad commentary on how little time it took to get from the universal condemnation of a terrorist attack on innocent people to a filmmaker's attack on the memory of innocent people in the form of a parody," Burlingame said.

Charles Wolf, whose wife Katherine's remains were never recovered after she died in the trade center, said the plane scene turned his stomach.

"The distributors of this film have a social obligation to warn people about the scenes," he said. "My wife was in the path of that plane. I think it sucks. But I'm not going to be a hypocrite and say we should ban the movie, because this is what [the U.S.] is fighting for - we're fighting for our freedom."

Cinematic.com is calling the 9/11 scene a "low-rent shock-value ploy."

But Boll said the 9/11 crash clip was being viewed out of context, and the makers of the film discussed it at length before including it in the final cut.

"We did it to show the unbelievable stupidity of suicide bombers," he said.

"Postal" is slated to screen in Germany on Sept. 27, and could be shown in Canada even before that. Produced by the Boll KG studio, "Postal" was filmed in Vancouver last September and October.

### NEWS ALERTS

**EXCLUSIVE!** New Study examines Internet-Bashing CHECK IT OUT!

**ALL NEW!** Our Column: "Chopped Statesmen" CHECK IT OUT!



## Postal Pics

   

### PULSE — HAUTE LIST
By Ischariot Passadelskji

FASHION
- GUNS
- CHICKS
- PRICKS
- DRUGS
- PARADISE NEWS

Jackie Tohn, known for her leading role in the upcoming Uwe Boll Movie POSTAL signed for L'Oreal as leading model for the 2007 autumn collection.



### ALL CLASSIFIEDS

CHICKS | PRICKS | WMD | GUNS

**New WMD's**
Model [SUBMIT]

**Used WMD's**
Model [SUBMIT]





IT'S TRUE! WE PROMISE

ACHTUNG! SATIRE!

MAIL US! | GET THE NEWSLETTER | GET THE MERCHANDISE | IMPRINT | CONTACT | HOME DELIVERY | www.postal-themovie.com | www.gopostal.com