**07 CV 6783**

O'MELVENY & MYERS LLP
Dale M. Cendali (DC 2676)
Claudia Ray (CR 4132)
Times Square Tower
7 Times Square
New York, New York 10036
(212) 326-2000

**Judge Hellerstein**

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUL 27 2007
U.S.D.C. S.D. N.Y.
CASHIERS

| | |
|---|---|
| NYP HOLDINGS, INC., <br><br> Plaintiff, <br><br> -against- <br><br> UWE BOLL, 3. BOLL KG, SASCHA SEIFERT, AND FREESTYLE RELEASING, <br><br> Defendants. | Case No. <br><br><br> **RULE 7.1 DISCLOSURE STATEMENT OF PLAINTIFF NYP HOLDINGS, INC.** |

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel of record for Plaintiff NYP Holdings, Inc. ("NYP") hereby certifies that (1) NYP is a wholly-owned subsidiary of News America Incorporated ("NAI"); (2) NAI is indirectly owned by News Corporation; and (3) News Corporation is publicly traded on the New York, Australian and London stock exchanges.

Dated: July 27, 2007

Respectfully submitted:

_____
Dale M. Cendali (DC 2676)
Claudia Ray (CR 4132)
O'MELVENY & MYERS LLP
Times Square Tower, 7 Times Square
New York, New York 10036
(212) 326-2000

*Attorneys for Plaintiff*