# O

## O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING | Times Square Tower | NEWPORT BEACH |
| BRUSSELS | 7 Times Square | SAN FRANCISCO |
| CENTURY CITY | New York, New York 10036 | SHANGHAI |
| HONG KONG | | SILICON VALLEY |
| LONDON | TELEPHONE (212) 326-2000 | TOKYO |
| LOS ANGELES | FACSIMILE (212) 326-2061 | WASHINGTON, D.C. |
| | www.omm.com | |

OCT 22 2007
ALVIN

October 22, 2007

OUR FILE NUMBER
344,228-018

**VIA FACSIMILE - (212) 805-7942**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/22/07

WRITER'S DIRECT DIAL
(212) 326-2170

WRITER'S E-MAIL ADDRESS
cray@omm.com

Hon. Alvin K. Hellerstein
United States District Court
 Southern District of New York
Daniel Patrick Moynihan
 United States Courthouse
500 Pearl Street
Room 1050
New York, New York 10007

Re: *NYP Holdings, Inc. v. Boll et al., No. 07 Civ. 6783 (AKH)*

Dear Judge Hellerstein:

We represent plaintiff NYP Holdings, Inc. in connection with the above-referenced matter. We are writing to request a postponement of the initial conference in this matter that is currently scheduled for Friday, October 26th, 2007.

To date, none of the defendants have yet been served or appeared. Our client is currently engaged in settlement discussions with the defendants and we believe that we are close to a resolution of this matter. Accordingly, we believe that the interests of judicial efficiency would best be served by adjourning the initial conference at this time. No prior adjournment has been requested.

Respectfully,

Claudia E. Ray
*of* O'MELVENY & MYERS LLP

*[Handwritten note: The conf. is adjourned to Dec. 1, 2007, at 9:30 am. 10-23-07 /s/ AKHellerstein]*