HELLERSTEIN, J

ORIGINAL

O'MELVENY & MYERS LLP
Dale M. Cendali (DC 2676)
Claudia Ray (CR 4132)
Times Square Tower
7 Times Square
New York, New York 10036
(212) 326-2000

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/07

| | |
|---|---|
| NYP HOLDINGS, INC., <br><br> Plaintiff, <br><br> -against- <br><br> UWE BOLL, 3. BOLL KG, SASCHA SEIFERT, AND FREESTYLE RELEASING, <br><br> Defendants. | Case No. 07 CV 6783 (AKH) (DCF) <br><br> **NOTICE OF DISMISSAL** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff NYP Holdings, Inc. hereby dismisses all claims in the above-captioned matter with prejudice.

Dated: December 4, 2007

Respectfully submitted:

_____
Dale M. Cendali (DC 2676)
Claudia Ray (CR 4132)
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
(212) 326-2000

*Attorneys for Plaintiff*

SO ORDERED: 12/5/07

_____
U.S.D.J.

AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

I, Stephanie Cassagnol, being duly sworn, depose and say:

1. I am not a party to this action, am over 18 years of age, and am employed by O'Melveny & Myers LLP, Seven Times Square, New York, New York.

2. On December 4, 2007, I served a copy of the attached **NOTICE OF DISMISSAL** upon:

Christine Arden, Esq
Harding, Larmore, Mullen, et.al.
1250 6th Street, Suite 300
Santa Monica, CA 90401

Jonathan M. Levitan, Esq
Law Offices of Jonathan M. Levitan
12121 Wilshire Boulevard, Suite 775
Los Angeles, CA 90025

3. I made such service by personally delivering a true copy of the aforementioned document, enclosed in properly addressed postage prepaid envelope and delivering it to a Federal Express office for priority delivery.

Stephanie Cassagnol

Sworn to before me this
4th Day of December, 2007

Notary Public

KEITH R. WHITMAN
NOTARY PUBLIC, State of New York
No. 02WH6094073
Qualified in New York County
Commission Expires June 16, 2011